UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:   8:13–cv–00123–BRO–AN            Date:   10/23/2013
Title:   REAL ESTATE IMAGE, INC V. PRINCETON FULFILLMENT SOLUTIONS, INC

Present: The Honorable     **BEVERLY REID O'CONNELL**

Deputy Clerk:   Renee Fisher
Court Reporter/Recorder:   None
Tape No.:  N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

### ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

     Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

     Defendant(s) did not answer the complaint, yet Plaintiff(s) have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

     Plaintiffs must respond to this order within 20 days. **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

     IT IS SO ORDERED.

Initials of Deputy Clerk:  rfi